PROB 35

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **Docket Number:  2:04 0091M-1** |
| ) | |
| **ROBERT COTE** ) | |
| ) | |

On December 20, 2004, the above-named was placed on Probation for a period of two years. Mr. Robert Cote has complied with the rules and regulations of supervision. It is accordingly recommended that Mr. Cote be discharged from supervision.

Respectfully submitted,

/s/ Lori V. Clanton

for   **MICHAEL A. SIPE
Senior United States Probation Officer**

Dated: August 16, 2006
Roseville, California


**REVIEWED BY:**      /s/ Lori V. Clanton
            for   **RICHARD A. ERTOLA
Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:**   **Robert COTE**
  **Docket Number:   2:04 0091M-1**
  **ORDER TERMINATING TERM OF**
  **PROBATION PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 8/17/06 | /s/ Gregory G. Hollows |
| **Date** | **Honorable Gregory Hollows**<br>**United States Magistrate Judge** |

cote.ord

Attachment:   Recommendation
cc:   United States Attorney's Office
  FLU Unit, AUSA's Office
  Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG